# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **IN RE:** | : | **Chapter 13 Proceedings** |
| **Greta Earlene Gadfield,** | : | **Case No.: 18-62570** |
| **Debtor.** | : | **Judge Russ Kendig** |

## MODIFICATION OF CHAPTER 13 PLAN

Now comes Dynele L. Schinker-Kuharich, Standing Chapter 13 Trustee, and pursuant to 11 U.S.C., Section 1329 (a)(1) modifies the Chapter 13 Plan of the Debtor(s) as follows:

Part 2.1 of the Chapter 13 Plan is hereby modified to increase the Plan payments from $399.00 per month to $410.00 per month in order to pay all timely filed general unsecured creditors a dividend of 100% due to the fact that the 2021 income tax returns indicated a significant increase in income along with a significant gambling issue. Given the circumstances, Trustee believes the slight payment and dividend increase to be fair, equitable, and in the best interest of creditors.

All other provisions of the Chapter 13 Plan shall remain unchanged.

Respectfully Submitted,

/s/ Dynele L. Schinker-Kuharich
Dynele L. Schinker-Kuharich (0069389)
Chapter 13 Trustee
A. Michelle Jackson Limas (0074750)
Staff Counsel to the Chapter 13 Trustee
200 Market Avenue North, Ste. 30
Canton, OH 44702
Telephone: 330.455.2222
Facsimile: 330.754.6133
Email: DLSK@Chapter13Canton.com

# NOTICE OF MODIFICATION OF PLAN

Dynele L. Schinker-Kuharich, Standing Chapter 13 Trustee, has filed papers with the Court to have this bankruptcy case modified.

**Your rights may be affected. You should read these papers carefully to discuss them with your attorney, if you have one, in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to modify this bankruptcy case, or if you want the Court to consider your views on the Modification, then on or before July 12, 2022, you or your attorney must file with the Court an Objection to the Modification at:

>Clerk of Court
>United States Bankruptcy Court
>Ralph Regula Federal Building
>401 McKinley Ave S.W.
>Canton, OH 44702

If you mail your Objection to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the date stated above.

You must also send a copy to:

>Dynele L. Schinker-Kuharich
>Chapter 13 Trustee
>200 Market Avenue North, Suite 30
>Canton, Ohio 44702

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Modification and may enter an Order granting that relief.

Date: June 21, 2022

>/s/ Dynele L. Schinker-Kuharich
>Dynele L. Schinker-Kuharich (0069389)
>Chapter 13 Trustee
>A. Michelle Jackson Limas (0074750)
>Staff Counsel to the Chapter 13 Trustee
>200 Market Avenue North, Ste. 30
>Canton, OH 44702
>Telephone: 330.455.2222
>Facsimile: 330.754.6133
>Email: DLSK@Chapter13Canton.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 21, 2022, a true and correct copy of the Modification of Chapter 13 Plan and Notice thereof was served via the Court's Electronic Case Filing System upon these entities and individuals who are listed on the Court's Electronic Mail Notice List:

- Office of the United States Trustee at [RegisteredEmailAddress]@usdoj.gov
- Deborah L. Mack, Counsel for Greta Earlene Gadfield, at Debbie@ohiofinancial.lawyer

and by regular U.S. Mail, postage prepaid, upon:

Greta Earlene Gadfield, Debtor
3498 Whitetail Drive, West
Lexington, OH 44904

/s/ Dynele L. Schinker-Kuharich
Dynele L. Schinker-Kuharich
Chapter 13 Trustee